THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Kevin Hayes Kitt, Appellant.
 
 
 

Appeal From Richland County
 Reginald I. Lloyd, Circuit Court Judge

Unpublished Opinion No. 2007-UP-500
 Submitted October 1, 2007  Filed October
 29, 2007

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, South Carolina Commission
 on Indigent Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Warren Blair Giese, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Kevin Hayes Kitt (Appellant) was
 convicted of possession of crack cocaine and possession of marijuana.  He was
 sentenced to concurrent prison terms of ten years for the crack offense and one
 year for the marijuana offense.  In addition, he was ordered to pay a fine.  
 
On appeal, counsel for Appellant has filed a final brief along
 with a petition to be relieved as counsel.  Appellant has not filed a pro se response.  After a thorough review of the record pursuant to Anders
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition
 to be relieved.          
APPEAL DISMISSED.[1]
HEARN, C.J., and HUFF and KITTREDGE, JJ., concur.

[1]  This case is decided without oral argument pursuant
 to Rule 215, SCACR.